AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

LUANA M. SMITH-MARAVI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:16-MJ-1212-KS

The Court finds the defendant, Luana M. Smith-Maravi, not guilty on counts one, two and three. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Kimberly A. Swank, U. S. Magistrate Judge
Name and Title of Judge

April 26, 2018
Date